KRUEGER, Judge.

The appellant was tried and convicted of the offense of transporting intoxicating liquor, and his punishment assessed at confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## RAY v. STATE.
### No. 16808.

Court of Criminal Appeals of Texas.
May 23, 1934.

Bozeman & Cathey, of Quitman, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for manufacturing intoxicating liquor, punishment assessed at four years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## HOLFORD v. STATE.
### No. 16747.

Court of Criminal Appeals of Texas.
May 23, 1934.

J. T. Ranspot, of Mineral Wells, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for driving an automobile on a public highway while appellant was intoxicated, punishment assessed at a fine of $100.

The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## WOLFE v. STATE.
### No. 16809.

Court of Criminal Appeals of Texas.
May 23, 1934.

Lewis O. Orsborn, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of transporting intoxicating liquor, and his punishment assessed at confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

In considering appellant's motion for rehearing our attention is drawn to the fact that the appeal bond in this case, which was made and entered into after the adjournment of the trial term of the court below, is defective in that same bears the approval only of the sheriff and is not approved by the trial judge as is required by article 818, C. C. P. The lack of a sufficient bond deprives this court of its jurisdiction to pass on the merits of the case, and the original opinion herein is withdrawn, and the appeal is ordered dismissed.

## MILLER v. STATE (two cases).
### Nos. 16778, 16779.

Court of Criminal Appeals of Texas.
May 16, 1934.

See, also, 53 S.W.(2d) 790, 792.

T. K. Irwin, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is misapplication of public funds; the punishment, confinement in the penitentiary for three years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## CEDILLO v. STATE.
### No. 16399.

Court of Criminal Appeals of Texas.
May 16, 1934.

Woodard & Edgar, of Corpus Christi, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.